**DENY; and Opinion Filed February 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00169-CV

### IN RE PATRICK EDWARD BROWN, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11859**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

Before the Court is relator's petition for writ of mandamus. Relator contends that the trial court clearly abused its discretion in dismissing his case for want of prosecution despite his motion to compel arbitration and his objection to the date of the dismissal hearing. The facts and issues are well known to the parties, so we need not recount them herein. Relator's petition does not comply with Rule 52.3 of the Texas Rules of Appellate Procedure. Relator has failed to provide a certified or sworn copy of the order complained of, has failed to provide an appendix, and has failed to certify that every factual statement in the petition is supported by competent evidence in the record. *See* TEX. R. APP. P. 52.3(g), (j) & (k). Thus, based on the record before us, the relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Moreover, even taking all of relator's allegations as true, the petition demonstrates that relator has an adequate

remedy by appeal. *Walker,* 827 S.W.2d at 842. Accordingly, we **DENY** the petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL O'NEILL
JUSTICE

140169F.P05